IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NOBLE EAGLE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. | Case No. 4:20-cv-04076 |

**ORDER EXTENDING UNITED STATES' TIME TO ANSWER OR RESPOND TO COMPLAINT AND THE DUE DATE OF THE SCHEDULING ORDER**

BEFORE THE COURT is Defendant United States of America and Plaintiff Nobel Eagle's Joint Motion to Extend Time to Answer or Respond to Complaint and to extend the Due Date of the Scheduling Order. The Court, having considered the motion, finds it to have merit. Accordingly, it is hereby ORDERED that the United States will serve its answer or otherwise respond to the complaint by April 21, 2021. Further, it is hereby ORDERED that the parties will agree to and submit a scheduling order to the Court by May 14, 2021.

IT IS SO ORDERED.

SIGNED this 25th day of January, 2021.

Gray H. Miller
Senior United States District Judge