**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NOBLE EAGLE CORPORATION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 4:20-cv-04076** |
| **v.** | § | |
| | § | **Judge Gray H. Miller** |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Noble Eagle Corporation and defendant United States of America, STIPULATE:

(1) that the above-captioned action for the recovery of federal internal-revenue tax, plus interest thereon according to law, is dismissed without prejudice to plaintiff filing a new complaint within two years from the date of mailing by certified mail or registered mail by the Internal Revenue Service to the plaintiff of a notice of the disallowance of all or any part of the administrative claim for refund with respect to plaintiff's tax year ended December 31, 2009 to which this suit or proceeding relates; and

(2) that the parties shall bear their respective costs, including any possible attorney fees or other expenses of this litigation.

Respectfully submitted,

*/s/ Robert C. Morris*
    Robert C. Morris
    State Bar No.  24046484
    Federal I.D. No. 638778
robert.morris@nortonrosefulbright.com
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:    (713) 651-8404
Facsimile:    (713) 651-5246
Attorney-in-Charge for Plaintiff Noble Eagle
Corporation

OF COUNSEL:

Robert J. Kovacev
Pro Hac Vice motion forthcoming
California State Bar No. 190286
Norton Rose Fulbright US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-6462
Fax: (202) 662-4643
rob.kovacev@nortonrosefulbright.com

Stephen A. Kuntz
State Bar No. 11762960
Federal I.D. No. 4270
Norton Rose Fulbright US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
stephen.kuntz@nortonrosefulbright.com

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Ignacio Perez de la Cruz*
IGNACIO PEREZ DE LA CRUZ
Ignacio.PerezdelaCruz@usdoj.gov
Massachusetts Bar No. 67261
SDTX Federal ID: 2433910
Phone: (214) 880-9759

*/s/ Jonathan L. Blacker*
JONATHAN L. BLACKER
Attorney-in-Charge
Texas Bar No. 00796215
Phone: (214) 880-9765

*/s/ Michael W. May*
MICHAEL W. MAY
Texas Bar No. 24054822
Phone: (214)-880-9730
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201
Fax: (214) 880-9742
ATTORNEYS FOR THE UNITED STATES