United States District Court
Southern District of Texas
**ENTERED**
April 19, 2021
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| NOBLE EAGLE CORPORATION, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-20-4076 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

It is ORDERED that the Joint Stipulation of Dismissal Docket no. 14) is GRANTED.

It is further ORDERED that this case is DISMISSED without prejudice.

Each party will bear its own costs.

Signed at Houston, Texas on April 16, 2021.

_____
Gray H. Miller
United States District Judge